BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE SOUTHWEST AIRLINES CO.** ) MDL DOCKET NO. _____
**FLIGHT DISRUPTION LITIGATION** )

**SCHEDULE OF ACTIONS**

| Case Name | Court | Civil Action No. | Assigned Judge |
|---|---|---|---|
| **CALIFORNIA ACTIONS** | | | |
| **Plaintiff**: *Matt Grove*  <br><br>**Defendant**: *Southwest Airlines Co.* | Southern District of California | 3:23-cv-00306-AJB-BLM (S.D. Cal.) | Honorable Anthony J. Battaglia |
| **Plaintiffs:** *Paula Hill and Eva Piña*  <br><br>**Defendant:** *Southwest Airlines Co.* | Southern District of California | 3:23-cv-00633-AJB-BLM (S.D. Cal.) | Honorable Anthony J. Battaglia |
| **Plaintiff:** *Mary Smith*  <br><br>**Defendant:** *Southwest Airlines Co.* | Southern District of California | 3:23-cv-00754-AJB-BLM (S.D. Cal.) | Honorable Anthony J. Battaglia |
| **LOUISIANA ACTIONS** | | | |
| **Plaintiff:** *Eric F. Capdeville*  <br><br>**Defendant:** *Southwest Airlines Co.* | Eastern District of Louisiana | 2:22-cv-05590-ILRL-KWR (E.D. La.) | Honorable Ivan L.R. Lemelle |