BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE SOUTHWEST AIRLINES CO. FLIGHT DISRUPTION LITIGATION | ) ) ) ) | MDL DOCKET NO. 3082 |

**PLAINTIFFS PAULA HILL AND EVA PINA'S RESPONSE IN SUPPORT OF PLAINTIFF MARY SMITH'S MOTION FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiffs Paula Hill and Eva Piña (collectively "*Hill/Piña*"), individually and on behalf of the class of persons similarly situated, support Mary Smith's Motion for Transfer.

The factors favoring coordinating or consolidating all pending cases cited in the Motion for Transfer to the Southern District of California compel such transfer order to the United States District Court for the Southern District of California before the Honorable United States District Court Judge Anthony J. Battaglia.

The three cases (*Hill/Piña, Smith* and *Grove*) are already pending in the Southern District of California and in fact are assigned to the Honorable Anthony J. Battaglia. The fourth case pending in Louisiana, *Capdeville,* supports the request for transfer and coordination or consolidation with the three California cases.

With 3/4 of the cases pending in the requested District, and the one case pending outside the District in agreement with the transfer, the Southern District of California is the most logical and well-equipped District to address the overlapping (but not identical) class claims in each action, all of which have been brought on behalf of a class for Breach of Contract. The cases include other claims, but have at their core allegations that common defendants – namely Southwest Airlines, Co. (the "Common Defendants") – breached one or more provisions of its contracts, and specifically – as to three of the four actions - the Contract of Carriage and/or the

1

Customer Service Agreement. (See *Smith* motion, MDL No. 3082 Doc.1-1 and exhibits thereto)

Each action arises out of disruptions/cancellations of Southwest's flights that were due to the fault of Southwest Airlines Co.. Because of the overlap of the factual and legal issues involved, the Related Actions should be centralized before one court pursuant to 28 U.S.C. §1407. *In re Pharm. Indus. Average Wholesale Price Litig.*, 237 F. Supp. 2d 1377, 1379 (J.P.M.L. 2002) The United States District Court for the Southern District of California is the most appropriate transferee forum with three of the four currently pending therein.

In *Hill/Piña,* Defendant's motion to dismiss, transfer or stay was filed on June 16, 2023 (*Hill/Piña* Doc. 10). On that same day, *Hill/Piña* and Defendant filed a Joint Motion requesting an order (1) continuing Southwest's responsive pleading deadline to thirty (30) days after the Judicial Panel on Multidistrict Litigation rules on Mary Smith's Motion for Transfer of Actions to the Southern District of California Pursuant to 28 U.S.C. § 1407 For Coordinated or Consolidated Pretrial Proceedings ("MDL Motion"), and (2) continuing the hearing on Southwest's Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule [Dkt. No. 10] in from August 21, 2023 to September 28, 2023. (*Hill/Piña* Doc. 11) Within days, the Honorable Anthony Battaglia issued an order that "Southwest's responsive pleading deadline is continued to 30 days after a ruling by the Judicial Panel on Multidistrict Litigation on the MDL Motion; and the hearing on Southwest's Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule is continued from August 21, 2023 to September 28, 2023." (*Hill/Piña* Doc. 12) (See Ex. 1 hereto: *Hill/Piña* Docket and Ex. 2: Judge Battaglia's Order.)

With similar motions filed before Judge Battaglia in the Southern District of California cases, judicial economy would be served if the *Capdeville* matter was transferred and all matters coordinated or consolidated. Transferring to the Southern District to Judge Battaglia will

"prevent inconsistent pre-trial rulings (particularly with respect to the issue of class certification); and conserve the resources of the parties, their counsel and the judiciary." *In re U.S. Foodservice, Inc.,Pricing Litig.*, 528 F. Supp. 2d 1370, 1371 (J.P.M.L. 2007).

The Southern District of California is the proper forum. The *Hill/Piña* complaint includes, in addition to a breach of contract claim, a claim for unfair competition pursuant to Cal. Business and Professions Code § 17200.

The *Hill/Piña* complaint alleges a purely California class:

> 13. Plaintiffs bring this action pursuant to California Code of Civil Procedure 382 on behalf of all California family members and persons ("the Class") who purchased Southwest Airlines tickets for a flight into a California airport, a flight out of a California airport, or a flight between California airports for travel during the period December 22, 2022, to January 3, 2023 ("Class Period") where the flight(s) purchased were not delivered and travel disrupted. (MDL No. 3082 Doc.1-5, p. 4)

The *Hill/Piña* complaint further describes Southwest Airline's significant presence in California:

> 21. Southwest Airlines is California's busiest airline, with approximately 800 flights scheduled on peak days, many between Northern and Southern California.
>
> 22. "Southwest is almost the unofficial airline of California," according to one industry analyst.
> (See MDL No. 3082 Doc.1-5, p. 5)

An order that leaves the three cases in the Southern District of California and transfers the Louisiana case will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. 28 U.S.C. § 1407(a).

/ / /

/ / /

/ / /

/ / /

3

For these reasons, and the reasons cited in Mary Smith's Motion for Transfer of Actions to the Southern District of California Pursuant to 28 U.S.C. § 1407 For Coordinated or Consolidated Pretrial Proceedings, the motion should be granted.

Dated: June 20, 2023	By: */s/Maria C. Severson*
Maria C. Severson, CA #173967
AGUIRRE & SEVERSON, LLP
501 West Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 876-5364
Facsimile: (619) 876-5368
Email: mseverson@amslawyers.com

**PLAINTIFFS' COUNSEL IN
PAULA HILL, et al., v. SOUTHWEST AIRLINES, CO.,
NO. 3:23-CV-00633-AJB-BLM (S.D. CAL.)**